DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RONALD JONES,**
Appellant,

v.

**PALM TRAN, INC.,**
Appellee.

No. 4D2023-1342

[August 1, 2024]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Gregory M. Keyser, Judge; L.T. Case No. 50-2019-CA-008954-XXXX-MB.

Isidro M. Garcia of Garcia Law Firm, P.A., West Palm Beach, for appellant.

Helene C. Hvizd and Anaili Cure of the Palm Beach County Attorney's Office, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and KUNTZ, JJ., concur.

\*        \*        \*

***Not final until disposition of timely filed motion for rehearing.***